IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 13 PM 5:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CINDY G. TURNMIRE,

    Plaintiff,

VS.                      NO. 05-2923-MaV

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

## ORDER OF REFERENCE

Before the court is plaintiff's December 9, 2005, Complaint for reconsideration of a Social Security decision. This matter is hereby referred to the United States Magistrate Judge for a report and recommendation. Any exceptions to the magistrate's report shall be made within ten (10) days of her report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

IT IS SO ORDERED this 12th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02923 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

John R. Johnson
JOHN R. JOHNSON, III
1355 Lynnfield Rd.
Ste. 240
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT